**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE CARMEN MURILL GARCIA, | ) NO. CV 14-5262-PSG(E) |
| Petitioner, | ) |
| v. | ) ORDER RE "MOTION AND |
| JOHN N. KATAVICH, Warden, | ) DECLARATION FOR APPOINTMENT |
| Respondent. | ) OF COUNSEL" |

On July 8, 2014, Jose Carmen Murill Garcia, a state prisoner, filed a "Motion and Declaration For Appointment of Counsel" ("Motion"). Mr. Garcia, who has not yet filed a petition for a writ of habeas corpus in this Court, seeks the appointment of counsel to file such a petition. Mr. Garcia currently is serving a life sentence for first degree murder. See People v. Garcia, 223 Cal. App. 4th 1173, 168 Cal. Rptr. 3d 23 (2014).

///
///
///
///

1  Unlike a capital prisoner who may commence a habeas corpus
2  proceeding by filing a request for the appointment of counsel,[1] a non-
3  capital prisoner must initiate a habeas corpus proceeding by filing a
4  habeas corpus petition pursuant to 28 U.S.C. section 2254.  See
5  Calderon v. United States District Court for the Northern District of
6  California (Nicolaus), 98 F.3d 1102, 1107 n.3 (9th Cir. 1996), cert.
7  denied, 520 U.S. 1233 (1997); see also Mayfield v. McEwen, 2010 WL
8  3955788, at *1 (S.D. Cal. Oct. 8, 2010) (non-capital prisoner could
9  not commence habeas proceeding by filing a motion for an order
10 permitting prisoner to make copies of exhibits at prison law library);
11 Sexton v. McDonald, 2009 WL 3401264, at *1 (S.D. Cal. Oct. 20, 2009)
12 (filing of motion to toll habeas statute of limitations did not
13 initiate habeas proceeding in non-capital case).  Mr. Garcia's Motion
14 is insufficient to commence a habeas proceeding in this Court.
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///

---

[1]   See 18 U.S.C. § 3599(a)(2); McFarland v. Scott, 512 U.S. 849, 856-57 (1994).

1  Accordingly, the Motion is denied and the action is dismissed without
2  prejudice.
3
4       IT IS SO ORDERED.
5
6       Dated: July 17, 2014.
7
8                                    _____
                                          PHILIP S. GUTIERREZ
9                                      UNITED STATES DISTRICT JUDGE
10
11 Presented this 15th day
12 of July, 2014 by:
13
14 _____/S/_____
        CHARLES F. EICK
15 UNITED STATES MAGISTRATE JUDGE